UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RENAT YAKUB, | Case No. 25-cv-09586-SVK |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| QATAR AIRWAYS GROUP (Q.C.S.C.), et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Charles R. Breyer for consideration of whether the case is related to *Yakub v. Qatar Airways Group (Q.C.S.C.)*, 3:25-cv-04142-CRB.

**SO ORDERED.**

Dated: November 7, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge