IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAT YAKUB,<br><br>        Plaintiff,<br><br>    v.<br><br>QATAR AIRWAYS GROUP (Q.C.S.C.), et al.,<br><br>        Defendants. | Case No. 25-cv-09586-CRB<br><br>**ORDER DISMISSING CASE** |

      Plaintiff Renat Yakub, proceeding pro se, brings an action against Defendant Qatar Airways Group based on the purported cancellation of his return ticket from Kazakhstan to San Francisco, California. Compl. (dkt. 1) at 4. The only problem is that Yakub already filed a substantially similar complaint based on the same underlying facts that the Court previously dismissed for a lack of jurisdiction and without leave to amend. Order (dkt. 20) in Yakub v. Qatar Airways Group, 25-cv-04142-CRB (Aug. 19, 2025). The Court explained that the Montreal Convention—Yakub's basis for federal question jurisdiction—did not apply to his claim. Id. at 2. The Court permitted Yakub to re-raise his claims, just "in a court of competent jurisdiction." Id. Yet in this action, Yakub brings the same claims and again asserts that the Montreal Convention conveys federal question jurisdiction. Compl. at 2.

      The Court can dismiss an action sua sponte pursuant to Federal Rule of Civil Procedure 41(b). Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992), as amended (May 22, 1992) (Rule 41(b) allows a court to "dismiss an action for failure to comply with any order of the court."). And it chooses to do so here because its reasoning in the prior

1  action still applies and Yakub failed to comply with the Court's explicit instructions.  In
2  consideration of his pro se status, the Court clarifies for Yakub that, as pleaded, he does
3  not have jurisdiction in federal court but may be able to file in another court that has
4  jurisdiction.

5       For the foregoing reasons, the Court **DISMISSES** this action without leave to
6  amend but without prejudice to Yakub bringing these claims in a court of competent
7  jurisdiction.

8       **IT IS SO ORDERED.**
9       Dated: December 19, 2025

CHARLES R. BREYER
United States District Judge